Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville Ave.
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Fabian Juarez,<br><br>　　　　Defendant. | Case No.  2:19-cr-00239-RFB-EJY<br><br>**First Stipulation to Continue Sentencing Hearing** |

　　　　The parties jointly request that the Court vacate the December 1, 2020, sentencing hearing and continue it for at least 30 days because:

　　　　1.　　Defense counsel needs additional time to prepare for the sentencing hearing; and

　　　　2.　　Mr. Juarez is not in custody and agrees to the continuance.


　　　　DATED: November 25, 2020.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney |
| */s/ Erin Gettel*<br>By:_____<br>　Erin Gettel<br>　Assistant Federal Public Defender<br>　Counsel for Robert Ondrick | */s/ Simon Kung*<br>By:_____<br>　Simon Kung<br>　Assistant United States Attorney<br>　Counsel for United States |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>  v.<br><br>Fabian Juarez,<br><br>      Defendant. | Case No.  2:19-cr-00239-RFB-EJY<br><br>**Order Granting First Stipulation to Continue Sentencing Hearing** |

    Based on the pending stipulation of counsel, the Court finds that good cause exists to continue the sentencing hearing in order to allow defense counsel additional time to prepare for sentencing.

    IT IS THEREFORE ORDERED that the sentencing currently scheduled for December 1, 2020, at 12:30 p.m., is vacated and continued to __January 12__, 2021, at _____ 2:30 p.m.

DATED: November __25__, 2020.

_____
RICHARD F. BOULWARE, II
United States District Judge

2